FILE COPY



BRIAN QUINN
Chief Justice

JUDY C. PARKER
Justice

LAWRENCE M. DOSS
Justice

ALEX YARBROUGH
Justice

# Court of Appeals

Seventh District of Texas
Potter County Courts Building
501 S. Fillmore, Suite 2-A
Amarillo, Texas 79101-2449
www.txcourts.gov/7thcoa.aspx

BOBBY RAMIREZ
Clerk

MAILING ADDRESS:
P. O. Box 9540
79105-9540

(806) 342-2650

December 19, 2023

Charles Blevins
Attorney at Law
1005 Broadway
Lubbock, TX 79401
* DELIVERED VIA E-MAIL *

Jackie R. Claborn II
District Attorney
P.O. Box 729
Friona, TX 79035
* DELIVERED VIA E-MAIL *

**RE:**      Case Number:  07-22-00368-CR, 07-22-00369-CR
          Trial Court Case Number:  3178, 3268

**Style:**   Pablo Olivarez v. The State of Texas

Dear Counsel:

The Court this day issued an opinion and judgment in the referenced appeal. *See* TEX. R. APP. P. 48.

Pursuant to Section 51.204(b)(2) of the Texas Government Code, exhibits on file with this Court, if any, will be destroyed three years after final disposition of the case or at an earlier date if ordered by the Court.

Sincerely,

*Bobby Ramirez*

Bobby Ramirez, Clerk

cc:     Honorable Gordon H. Green (DELIVERED VIA E-MAIL)
        Lupita Pineda (DELIVERED VIA E-MAIL)